EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Javier Torres Sobá | 2016 TSPR 216<br><br>196 DPR ____ |

Número del Caso: TS-14,017

Fecha: 25 de octubre de 2016

Abogado del Peticionario:

      Por derecho propio

Programa de Educación Jurídica Continua:

      Lcdo. José Ignacio Campos Pérez
      Director

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Javier Torres Sobá                      TS-14,017

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de octubre de 2016.

Examinadas la *Moción Informativa y Acreditando Pago de Multa por Cumplimiento Tardío* presentada por el Sr. Javier Torres Sobá, así como la *Moción Informativa en Cumplimiento de Resolución* presentada por el Director Ejecutivo del Programa de Educación Jurídica Continua, se reinstala al señor Torres Sobá al ejercicio de la abogacía.

En cuanto a la notaría, se le concede al Director de la Oficina de Inspección de Notarías un término de treinta (30) días, contado a partir de la notificación de esta Resolución, para que nos informe el estado de la obra incautada y nos exprese su opinión en cuanto a la solicitud de reinstalación a la notaría presentada por el señor Torres Sobá.

Notifíquese **inmediatamente** por teléfono, fax o correo electrónico y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez está conforme con

reinstalar al señor Torres Sobá al ejercicio de la abogacía. Sin embargo, considera que el término provisto al Director de la Oficina de Inspección de Notarías para que nos informe sobre el estado de la obra incautada y nos exprese su opinión en torno a la solicitud de reinstalación al ejercicio de la notaría del señor Torres Sobá es demasiado extenso. En su lugar, concedería un término de quince (15) días, de modo que podamos atender la solicitud de reinstalación con la prontitud que amerita.


                            Juan Ernesto Dávila Rivera
                            Secretario del Tribunal Supremo